UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN OIL CORP. LTD.,<br><br>Plaintiff,<br><br>-v-<br><br>DTI FINANCIAL, INC. *d/b/a* DGA ENERGY,<br><br>Defendant. | 26 Civ. 24 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

In reviewing defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process, the Court has determined that it would benefit from hearing brief testimony from affiants Kyle Friedland and Veera Saghar regarding the events surrounding attempted service on January 7, 2026.

Accordingly, the Court schedules an evidentiary hearing for **Monday, April 20, 2026** at **9 a.m.** in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.  The Court instructs counsel to come prepared to elicit direct testimony and to conduct cross-examination of the affiants.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 9, 2026
      New York, New York