BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, New York 10005
Tel. (212) 390-8842
Fax (866) 844-8305
David K. Bowles (DB6591)
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INDIAN OIL CORPORATION LIMITED,    ) <br><br> ) <br> ) <br>      *Petitioner,*   ) <br> ) <br> v.   ) <br> ) <br> DTI FINANCIAL INC. d/b/a DGA ENERGY   ) <br> ) <br>      *Respondent.*   ) <br> ) | Case No. 1:26-cv-00024-PAE |

**NOTICE OF SECOND MOTION TO DISMISS THE PETITION**

**PLEASE TAKE NOTICE** that upon the annexed declaration of Deepak Gulati, dated

May 28, 2026, and the exhibits annexed thereto, and upon the memorandum of law submitted

herewith, and upon all prior pleadings and proceedings herein, Respondent D.T.I. Financial Inc.

("DTI") will and hereby does move this Court, before the Honorable Paul A. Engelmayer, at the

Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, NY 10007,

Courtroom 1305, for an Order dismissing the Petition pursuant to Rule 12(b)(6) of the Federal

Rules of Civil Procedure, and for such other and further relief as this Court deems just and

proper.

    **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served

upon and received by movant at the address indicated below, and filed with the Court, no later

1

than fourteen (14) days after service of these moving papers in compliance with Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: May 29, 2026

Respectfully Submitted,

David K. Bowles (DB6591)
David@BoJo.Law
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, New York 10005
Tel. (212) 390-8842
Fax (866) 844-8305
*Counsel for* Respondent

Plaintiff's opposition is due June 12, 2026.
Defendant's reply is due June 19, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date: June 1, 2026
New York, New York

2